**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE FIRST NATIONAL BANK OF JEANERETTE** | **CIVIL ACTION** |
| **VERSUS** | **No. 22-545** |
| **M/V MS ZIL** | **SECTION I** |

## ORDER OF DISMISSAL

The Court having been advised by plaintiff's counsel that plaintiff seeks to dismiss this action without prejudice,

**IT IS ORDERED** that the above-captioned action be and hereby is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, March 11, 2022.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**